

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                      CRIMINAL ACTION NO. 2:19-00235

JULIE M. WHEELER

## GUILTY PLEA

In the presence of Roger L. Lambert, my counsel, who has fully explained the charges contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the single-count indictment.

_2-11-2020_                                _Julie Wheeler_
Date                                          Julie M. Wheeler

Witness:

_[signature]_
Counsel for defendant