UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                        Criminal No.  2:19-cr-00235

JULIE M. WHEELER

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

      Comes now Erik S. Goes, Assistant United States Attorney for the Southern District of West Virginia, and informs the Court that one JULIE M. WHEELER is a sentenced prisoner and is now incarcerated in the Southern Regional Jail, Beaver, West Virginia, and that the said JULIE M. WHEELER is charged in an indictment charging her with a violation of Title 18, United States Code, Section 1347. The presence of JULIE M. WHEELER is necessary for a hearing before the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, on June 30, 2020, at 1:30 p.m.

      WHEREFORE, your petitioner prays for an Order of this Court directing the United States Marshal for the Southern District of West Virginia, or any other authorized law enforcement officer, to produce the body of said JULIE M. WHEELER so that JULIE M. WHEELER may appear before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on June 30, 2020, at 1:30 p.m.

                                                   Respectfully submitted,

                                                   MICHAEL B. STUART
                                                   United States Attorney

                                                   /s/ Erik S. Goes,
                                                   Erik S. Goes,
                                                   Assistant United States Attorney
                                                   WV Bar No.
                                                   300 Virginia Street, East
                                                   Room 4000
                                                   Charleston, WV 25301
                                                   Telephone:  304-345-2200
                                                   Fax:  304-347-347-5104
                                                   Email:  erik.goes@usdoj.gov