# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 6/30/2020 | Case Number | 2:19-cr-00235 |

Case Style USA vs. Julie M. Wheeler

Type of hearing Sentencing

Before the honorable: 2508-Copenhaver

Court Reporter Catherine Schutte-Stant    Courtroom Deputy  Kim Begovich

Attorney(s) for the Plaintiff or Government

Erik Goes

Attorney(s) for the Defendant(s)

Roger Lambert

Law Clerk

Probation Officer   Linsey Burns

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 1:33 PM | 2:10 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 00:37

## Courtroom Notes

1:30 case set

1:33 - case called - defendant sworn - defense counsel over presentence report with defendant and she understands - defendant read presentence report, went over it with counsel, he explained, she understands everything

Objections to PSR addressed - Court made findings on the record

PSR is factually accurate

Parties agree TOL 22 + I =  41 to 51 months based on findings

Parties addressed the court prior to sentencing

Court stated reasons for sentence including 3553(a) factors

Sentence - 42 months - 3 years supervised release - $100 special assessment to be paid from prison earnings at the rate of $10 per month until paid in full - no fine - Restitution in the amount of $289,055.07 - Court will make recommendation to be housed at FCI-Alderson.

14 days to appeal

Defendant remanded

2:10 concluded